**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Telephone: 602.262.5311

**Ryan D. Pont** (State Bar No. 033391)
Direct Dial: 602.262.5313
Direct Fax: 602.734.3769
Email:  rpont@lewisroca.com

**Kyle W. Kellar** (*Pro hac vice*)
Direct Dial: 626.683.4590
Direct Fax: 626.577.8800
Email:  kkellar@lewisroca.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Wavve Americas, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Unknown Registrant Of Kokoatv.Net; Unknown Registrant Of Kokoa.Tv; And Unknown Registrant Of Vidground.Com,<br><br>Defendants. | Case No. 2:23-cv-01819-MTL<br><br>**DECLARATION OF KYLE W. KELLAR IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANT BY ALTERNATIVE MEANS** |

I, Kyle W. Kellar, declare as follows:

I am a partner with the law firm of Lewis Roca Rothgerber Christie LLP ("LRRC").  I am counsel for wavve Americas, Inc. ("wA" or "Plaintiff") in this action.  I submit this declaration in support of wA's Motion for Leave to Serve Defendant by Alternative Means.  I make this declaration based on my personal knowledge and could competently testify to the facts stated herein if called upon to do so.

    1.    NameCheap, Inc. ("NameCheap") served the private, unmasked, WHOIS information for each of KOKOA.TV, KOKOATV.NET, and VIDGROUND.COM on wA via email to me on September 12, 2023.  A

122374907.1

true and correct copy of NameCheap's production was attached to the First Amended Complaint as Exhibit AK.

2. According to the private WHOIS information produced by NameCheap, the registrant of each of KOKOA.TV, KOKOATV.NET, and VIDGROUND.COM is an individual named Tumi Max residing in Thailand.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration.

Executed on the 13th day of September 2023, in Los Angeles, California.

By: /s/ *Kyle W. Kellar*
Kyle W. Kellar
*Attorneys for Plaintiff Wavve Americas, Inc.*