# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Wavve Americas, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Unknown Registrant Of Kokoatv.Net; Unknown Registrant Of Kokoa.Tv; And Unknown Registrant Of Vidground.Com,<br><br>Defendants. | Case No. 2:23-cv-01819-MTL<br><br>**ORDER** |

The Court having reviewed the briefing on Plaintiff's Motion for Leave to Serve Defendant by Alternative Means and good cause appearing, therefore;

IT IS SO ORDERED that Plaintiff's Motion for Alternative Service is granted; and

IT IS FURTHER ORDERED that Plaintiff may serve Defendant Tumi Max via email pursuant to Fed. Rule Civ. Proc. 4(f)(3).

122374884.1