# EXHIBIT B

# EXHIBIT B

# EXHIBIT B



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Wed Oct 25 04:07:21 EDT 2023

[TESS Home] [New User] [Structured] [Free Form] [Browse Dict] [Search OG] [Bottom] [Help] [Prev List] [Curr List] [Next List] [First Doc] [Prev Doc] [Next Doc] [Last Doc]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ____ OR [Jump] to record: ____  **Record 2 out of 3**

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# KOCOWA

| | |
|---|---|
| **Word Mark** | KOCOWA |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: DOWNLOADABLE SOFTWARE FOR STREAMING AUDIOVISUAL AND MULTIMEDIA CONTENT VIA THE INTERNET AND GLOBAL COMMUNICATIONS NETWORKS; DOWNLOADABLE SOFTWARE FOR STREAMING AUDIOVISUAL AND MULTIMEDIA CONTENT TO MOBILE DIGITAL ELECTRONIC DEVICES; DOWNLOADABLE SOFTWARE FOR SEARCHING, ORGANIZING, AND RECOMMENDING MULTIMEDIA CONTENT; DOWNLOADABLE COMPUTER SOFTWARE FOR WIRELESS CONTENT DELIVERY; DOWNLOADABLE COMPUTER SOFTWARE FOR PURCHASING, ACCESSING, AND VIEWING MOVIES, TV SHOWS, VIDEOS, AND MULTIMEDIA CONTENT; DOWNLOADABLE MOBILE APPLICATIONS FOR ACCESSING AND STREAMING AUDIOVISUAL AND MULTIMEDIA CONTENT VIA THE INTERNET AND GLOBAL COMMUNICATIONS NETWORKS; DOWNLOADABLE COMPUTER APPLICATION SOFTWARE FOR USE ON DIGITAL ELECTRONIC DEVICES FOR USE IN STREAMING VIDEO AND AUDIO VISUAL CONTENT IN THE FIELD OF ENTERTAINMENT, FILMS, DRAMA, COMEDY, VARIETY SHOWS, MUSIC VIDEOS AND HISTORY; DOWNLOADABLE SOFTWARE FOR STREAMING AUDIOVISUAL AND MULTIMEDIA CONTENT VIA THE INTERNET AND GLOBAL COMMUNICATIONS NETWORKS; DOWNLOADABLE SOFTWARE FOR STREAMING AUDIOVISUAL AND MULTIMEDIA CONTENT TO DIGITAL ELECTRONIC DEVICES; DOWNLOADABLE SOFTWARE FOR SEARCHING, ORGANIZING, AND RECOMMENDING MULTIMEDIA CONTENT. FIRST USE: 20180000. FIRST USE IN COMMERCE: 20180000<br><br>IC 038. US 100 101 104. G & S: VIDEO STREAMING SERVICES VIA THE INTERNET; STREAMING AND ELECTRONIC DELIVERY OF VIDEOS AND DIGITAL MEDIA CONTENT IN THE NATURE OF DIGITAL MEDIA CONTENT FOR OTHERS VIA A GLOBAL COMPUTER NETWORK; STREAMING OF AUDIO, VISUAL AND AUDIOVISUAL MATERIAL VIA A GLOBAL COMPUTER NETWORK FEATURING KOREAN MEDIA, ENTERTAINMENT, FILMS, DRAMA, COMEDY, VARIETY SHOWS, MUSIC VIDEOS AND HISTORY; VIDEO STREAMING SERVICES VIA THE INTERNET FEATURING FILMS AND MOTION PICTURES; PROVISION OF ELECTRONIC ACCESS TO AUDIO AND VIDEO MEDIA; PROVIDING ELECTRONIC ACCESS TO DIGITAL MEDIA; PROVIDING ELECTRONIC ACCESS TO DIGITAL MEDIA STREAMING DEVICES; PROVIDING ELECTRONIC ACCESS TO DIGITAL ENTERTAINMENT SYSTEMS FOR PURCHASING AND WATCHING DIGITAL CONTENT; VIDEO-ON-DEMAND BROADCASTING; ON-DEMAND CABLE TELEVISION BROADCASTING; ON-DEMAND TELEVISION BROADCASTING; TELEVISION BROADCASTING; INTERNET PROTOCOL TELEVISION (IPTV) TRANSMISSION SERVICES; INTERNET BROADCASTING SERVICES; TRANSMISSION OF MOVING PICTURES VIA INTERNET; TRANSMISSION OF IMAGES AND VOICE VIA INTERNET; WIRELESS INTERNET BROADCASTING SERVICES; COMMUNICATION BY REMOTE SCREEN IN THE NATURE OF MOBILE PHONES; TRANSMISSION OF DATA; SATELLITE TELEVISION BROADCASTING; CABLE TELEVISION BROADCASTING; TRANSMISSION OF INFORMATION ON OPTICAL TELECOMMUNICATION NETWORKS; TRANSMISSION OF INFORMATION VIA NATIONAL AND INTERNATIONAL NETWORKS; TRANSMISSION OF NEWS; DIGITAL TELEVISION BROADCASTING; ELECTRONIC MESSAGE SENDING. FIRST USE: 20170000. FIRST USE IN COMMERCE: 20170000<br><br>IC 041. US 100 101 107. G & S: ONLINE JOURNALS, NAMELY, BLOGS FEATURING NEWS AND INFORMATION CONCERNING ENTERTAINMENT, COMEDY, DRAMA, MUSIC VIDEOS, CELEBRITIES, THE ENTERTAINMENT INDUSTRY AND REVIEWS AND COMMENTARY RELATED THERETO; EDUCATION AND ENTERTAINMENT SERVICES, NAMELY, ONLINE SERVICES PROVIDING AUDIO-VISUAL CONTENT IN THE FIELDS OF ENTERTAINMENT, COMEDY, DRAMA AND MUSIC VIDEOS; PROVIDING ONLINE INFORMATION VIA A GLOBAL COMPUTER NETWORK ON THE SUBJECTS OF MOTION PICTURES, TELEVISION PROGRAMMING, VIDEOS, MUSIC VIDEOS, AND MUSIC; PROVIDING BLOGS IN THE NATURE OF AN ONLINE JOURNAL OVER THE INTERNET FEATURING ENTERTAINMENT, COMEDY, DRAMA AND MUSIC VIDEOS AND NEWS AND INFORMATION RELATED THERETO; PROVIDING A WEBSITE FEATURING AUDIO-VISUAL CONTENT, SPECIFICALLY, MOTION PICTURES, TELEVISION PROGRAMMING, VIDEOS AND MUSIC VIDEOS IN THE FIELDS OF ENTERTAINMENT, COMEDY, DRAMA AND MUSIC. FIRST USE: 20180000. FIRST USE IN COMMERCE: 20180000 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 88698396 |

| | |
|---|---|
| Filing Date | November 19, 2019 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | August 11, 2020 |
| Registration Number | 6183377 |
| International Registration Number | 1556637 |
| Registration Date | October 27, 2020 |
| Owner | (REGISTRANT) KOREA CONTENT PLATFORM, INC. CORPORATION DELAWARE 625 S. KINGSLEY DRIVE #2F LOS ANGELES CALIFORNIA 90005 |
| | (LAST LISTED OWNER) WAVVE AMERICAS, INC. CORPORATION DELAWARE 515 S. Figueroa Street Suite 2020 Los Angeles CALIFORNIA 90071 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Michael J. MacDermott |
| Prior Registrations | 5734320 |
| Type of Mark | TRADEMARK. SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP  PREV LIST  CURR LIST  NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY