# EXHIBIT E

**E
X
H
I
B
I
T**

**E**

# EXHIBIT E

# MBC-wA 콘텐츠 공급 계약서

주식회사 문화방송(이하 "MBC")와 wavve Americas, Inc.(이하 "wA")는 "MBC"가 소유 또는 저작권을 보유하고 있는 "콘텐츠"를 "wA"가 소유, 운영 또는 제휴된 서비스에 제공하기 위한 계약(이하 "본 계약")을 다음과 같이 체결한다.

### 제 1 조 (목적)

2017 년 7 월 1 일에 양 당사자 간 체결한 MBC-KCP (현 "wA") 콘텐츠 공급 계약서 (영문 "MBC-KCP CONTENT SUPPLY AGREEMENT")의 효력을 본 계약 체결과 동시에 만료하고 "본 계약"에 따라 새롭게 "MBC"가 소유한 "콘텐츠"에 대한 서비스 권리를 "wA"에게 부여하는 것과 관련하여 상호간에 필요한 제반 협력사항과 권리의무사항을 규정함으로써 상호 이익을 증진시키는 것을 목적으로 한다.

### 제 2 조 (용어 정의)

"본 계약"에서 사용하는 용어에 대한 정의는 다음 각 호와 같고, 정의되지 않은 용어는 관련법령 및 상관습에 따라 해석한다.

(1) 3 사: "KBS", "MBC", "SBS" 3 개 회사를 통칭하는 것을 말한다.

(2) wA: wavve Americas(본점: 625 S. Kingsley Drive #2F, Los Angeles, CA 90005, USA), "3 사" 및 "SK Telecom TMT Investment Corp."가 주주로서 지배하고 있는 주식회사를 말한다.

(3) OTT(Over the Top): IP (Internet Protocol)를 기반으로 하여, PC, 모바일, 셋톱박스 및 스마트 TV 등을 통해 제공하는 콘텐츠 서비스를 말한다.

(4) 3rd Party: "wA"에 의하여 운영되는 "OTT" 플랫폼이 아닌 타 사업자의 OTT 유통, 전송 플랫폼을 말한다.

(6) VOD(Video on Demand): 통신망 연결을 통하여 사용자가 필요로 하는 영상을 원하는 시간에 제공해주는 맞춤 영상정보 서비스를 말한다.

(7) SVOD(Subscription VOD): 사용자가 동영상 서비스 플랫폼을 통해 시청횟수에 관계없이 월정액을 지급하고 이용하는 "VOD" 서비스 형태를 말한다.

(8) AVOD(Advertising VOD): 사용자가 동영상 서비스 플랫폼을 통해 무료로 콘텐츠를 시청하되, 광고를 시청하도록 설계한 "VOD" 서비스 형태를 말한다.

(9) TVOD(Transaction VOD): 사용자가 동영상 서비스 플랫폼을 통해 동영상 1 건 시청 당 사용료를 지급하고 이용하는 "VOD" 서비스 형태를 말한다.

(10) API(Application Programming Interface): 콘텐츠 공급자가 "PIP" 방식 적용을 위해서 호출할 수 있도록 플랫폼에 제공하는 서브루틴 또는 함수의 집합을 말한다.

(11) CDN(Content Delivery Network): 동영상, 이미지 등 콘텐츠를 수요가 있을 때 사용자에게 전달하는 콘텐츠 유통, 전송 네트워크를 말한다.



1/10

(12) PIP(Platform in Platform): 콘텐츠 공급자가 자기의 콘텐츠 저장 서버를 IP와 API 등을 활용하여 CDN을 통해 플랫폼에 연결·제공하는 동영상 서비스 방식을 말한다.

(13) 북미: 북아메리카에 위치한 각 국가들 및 그 국가들의 해외 영토와 그 자치령을 의미한다. 세부적인 국가목록은 <별첨 1>과 같다.

(14) 중남미: 아메리카대륙의 북아메리카를 제외한 중앙아메리카, 카리브 및 남아메리카지역의 총칭으로, 해당 지역에 위치한 각 국가들 및 그 국가들의 해외 영토와 그 자치령을 의미한다. 세부적인 국가목록은 <별첨 1>과 같다.

**제 3 조 (콘텐츠 유통사업권 부여)**

(1) "MBC"는 미주 지역(북미, 중남미) 온라인 콘텐츠 유통, 전송 사업 권한을 "wA"에 아래와 같이 부여한다.
    i.   북미: "OTT"에 대한 콘텐츠 유통, 전송사업 권한을 독점으로 부여

(2) "wA"는 "MBC"에게 부여받은 콘텐츠 유통, 전송 권한으로 자체 플랫폼을 통해 "SVOD", "AVOD", "TVOD" 등 OTT 서비스를 시행할 수 있으며, "3rd Party"에 OTT 유통, 전송권을 재판매하거나, "3rd Party"에 제휴 입점을 통한 유통, 전송 등 영리활동을 할 수 있다.

(3) "wA"는 콘텐츠 전송 서비스 외에 "MBC"의 양도를 받아 미주 지역 내 '콘텐츠 불법 유통 현황 조사 및 단속 대행' 역할을 수행할 수 있으며, 이 계약 이전의 과거 불법 유통 또한 단속할 수 있는 권한이 있고, 콘텐츠 배급을 할 권한이 있으므로 미주지역에서 공급자의 콘텐츠를 불법으로 유통, 전송하는 사업자들을 대상으로 저작권 및 상표권, DMCA 및 그와 관련된 모든 권리를 주장하고 집행할 수 있다. 또한 "wA"는 'OTT 광고' 등 유통, 전송 권한과 관련된 사업을 추진할 수 있다.

(5) 본 계약서에 따라 "MBC"가 "wA"에 유통, 전송사업 권한을 부여한 콘텐츠를 미주 내 "3rd Party"에 제공하기 위해서는 "wA"의 사전 동의를 받아야 한다

**제 5 조 (사업권한 내 콘텐츠 범위)**

(1) "MBC"는 MBC TV 에 편성 및 방영되고 자신이 "OTT" 유통, 전송권을 보유한 방송콘텐츠 중 상당수를 "wA"에 공급하는 것을 원칙으로 하며, 제공하는 콘텐츠의 수량과 범위는 "MBC"와 "wA"가 협의하여 정한다. ███████████████████████

(2) 본 계약서에 따라 공급된 모든 방송콘텐츠에 대한 소유권과 지적재산권은 이 계약에서 별도로 정하는 경우를 제외하고는 "MBC"가 가지며, "wA"는 본 계약서에서 구체적으로 규정한 권리 외에 여타의 권리는 주장할 수 없다.

(3) "MBC"가 "wA"에 부여하는 온라인 콘텐츠 유통, 전송사업권의 범위는 IP 기반의 온라인 동영상 서비스를 제공하는 "OTT" 매체이며 ████████████████████

(4) "북미"지역에서 독점적으로 유통, 전송 사업권이 부여되는 콘텐츠의 형태는 "VOD"이다. ███████
████████████████████████████████████████
████████████████████████

e
cas,

4/10

:as,

5/10

e
cas,

:as,

8/10

2021 년  9 월  1 일

**"MBC":**                                              **"wA":**

서울특별시 마포구 성암로 267              625 S. Kingsley Dr, KBS America Bldg, 2FL

Los Angeles, CA 90005

대표 이사    박 성 제                          CEO 박근희                          

9/10

as,

10/10