# EXHIBIT G

# EXHIBIT G

# EXHIBIT G

<h1 style="text-align:center">KBS-wA 콘텐츠 공급 계약서</h1>

한국방송공사(이하 "KBS")와 wavve Americas, Inc.(이하 "wA")는 "KBS"가 소유 또는 저작권을 보유하고 있는 "콘텐츠"를 "wA"가 소유, 운영 또는 제휴된 서비스에 제공하기 위한 계약(이하 "본 계약")을 다음과 같이 체결한다.

### 제 1 조 (목적)

2017 년 7 월 1 일에 양 당사자 간 체결한 KBS-KCP(현 wA) 콘텐츠 공급 계약서(영문 "KBS-KCP CONTENT SUPPLY AGREEMENT")의 효력을 본 계약 체결과 동시에 만료하고 "본 계약"에 따라 새롭게 "KBS"가 소유한 "콘텐츠"에 대한 서비스 권리를 "wA"에게 부여하는 것과 관련하여 상호간에 필요한 제반 협력사항과 권리의무사항을 규정함으로써 상호 이익을 증진시키는 것을 목적으로 한다.

### 제 2 조 (용어 정의)



"본 계약"에서 사용하는 용어에 대한 정의는 다음 각 호와 같고, 정의되지 않은 용어는 관련법령 및 상관습에 따라 해석한다.

(1) 3 사: "KBS", "MBC", "SBS" 3 개 회사를 통칭하는 것을 말한다.

(2) wA: wavve Americas(본점: 625 S. Kingsley Drive #2F, Los Angeles, CA 90005, USA), "3 사" 및 "SK Telecom TMT Investment Corp."가 주주로서 지배하고 있는 주식회사를 말한다.

(3) OTT(Over the Top): IP (Internet Protocol)를 기반으로 하여, PC, 모바일, 셋톱박스 및 스마트 TV 등을 통해 제공하는 콘텐츠 서비스를 말한다.

(4) 3rd Party: "wA"에 의하여 운영되는 "OTT" 플랫폼이 아닌 타 사업자의 OTT 유통, 전송 플랫폼을 말한다.

(5) ███████████████████████████████████████████████

(6) VOD(Video on Demand): 통신망 연결을 통하여 사용자가 필요로 하는 영상을 원하는 시간에 제공해주는 맞춤 영상정보 서비스를 말한다.

(7) SVOD(Subscription VOD): 사용자가 동영상 서비스 플랫폼을 통해 시청횟수에 관계없이 월정액을 지급하고 이용하는 "VOD" 서비스 형태를 말한다.

(8) AVOD(Advertising VOD): 사용자가 동영상 서비스 플랫폼을 통해 무료로 콘텐츠를 시청하되, 광고를 시청하도록 설계한 "VOD" 서비스 형태를 말한다.

(9) TVOD(Transaction VOD): 사용자가 동영상 서비스 플랫폼을 통해 동영상 1 건 시청 당 사용료를 지급하고 이용하는 "VOD" 서비스 형태를 말한다.

(10) API(Application Programming Interface): 콘텐츠 공급자가 "PIP" 방식 적용을 위해서 호출할 수 있도록 플랫폼에 제공하는 서브루틴 또는 함수의 집합을 말한다.

(11) CDN(Content Delivery Network): 동영상, 이미지 등 콘텐츠를 수요가 있을 때 사용자에게 전달하는 콘텐츠 유통, 전송 네트워크를 말한다.

(12) PIP(Platform in Platform): 콘텐츠 공급자가 자기의 콘텐츠 저장 서버를 IP 와 API 등을 활용하여 CDN 을 통해 플랫폼에 연결·제공하는 동영상 서비스 방식을 말한다.

(13) 북미: 북아메리카에 위치한 각 국가들 및 그 국가들의 해외 영토와 그 자치령을 의미한다. 세부적인 국가목록은 <별첨 1>과 같다.

(14) 중남미: 아메리카대륙의 북아메리카를 제외한 중앙아메리카, 카리브 및 남아메리카지역의 총칭으로, 해당 지역에 위치한 각 국가들 및 그 국가들의 해외 영토와 그 자치령을 의미한다. 세부적인 국가목록은 <별첨 1>과 같다.

[redacted]

## 제 3 조 (콘텐츠 유통사업권 부여)

(1) "KBS"는 미주 지역(북미, 중남미) 온라인 콘텐츠 유통, 전송 사업 권한을 "wA"에 아래와 같이 부여한다.
  i.  북미: "OTT"에 대한 콘텐츠 유통, 전송사업 권한을 독점으로 부여

[redacted]

(2) "wA"는 "KBS"에게 부여받은 콘텐츠 유통, 전송 권한으로 자체 플랫폼을 통해 "SVOD", "AVOD", "TVOD" 등 OTT 서비스를 시행할 수 있으며, "3rd Party"에 OTT 유통, 전송권을 재판매하거나, "3rd Party"에 제휴 입점을 통한 유통, 전송 등 영리활동을 할 수 있다.

[redacted]

(3) "wA"는 콘텐츠 전송 서비스 외에 "KBS"의 양도를 받아 미주 지역 내 '콘텐츠 불법 유통 현황 조사 및 단속 대행' 역할을 수행할 수 있으며, 이 계약 이전의 과거 불법 유통 또한 단속할 수 있는 권한이 있고, 콘텐츠 배급을 할 권한이 있으므로 미주지역에서 공급자의 콘텐츠를 불법으로 유통, 전송하는 사업자들을 대상으로 저작권 및 상표권, DMCA 및 그와 관련된 모든 권리를 주장하고 집행할 수 있다. 또한 "wA"는 'OTT 광고' 등 유통, 전송 권한과 관련된 사업을 추진할 수 있다.

[redacted]

(5) 본 계약서에 따라 "KBS"가 "wA"에 유통, 전송사업 권한을 부여한 콘텐츠를 미주 내 "3rd Party"에 제공하기 위해서는 "wA"의 사전 동의를 받아야 한다

## 제 5 조 (사업권한 내 콘텐츠 범위)

(1) "KBS"는 KBS TV 에 편성 및 방영되고 자신이 "OTT" 유통, 전송권을 보유한 방송콘텐츠 중 상당수를 "wA"에 공급하는 것을 원칙으로 하며, 제공하는 콘텐츠의 수량과 범위는 "KBS"와 "wA"가 협의하여 정한다.

(2) 본 계약서에 따라 공급된 모든 방송콘텐츠에 대한 소유권과 지적재산권은 이 계약에서 별도로 정하는 경우를 제외하고는 "KBS"가 가지며, "wA"는 본 계약서에서 구체적으로 규정한 권리 외에 여타의 권리는 주장할 수 없다.

(3) "KBS"가 "wA"에 부여하는 온라인 콘텐츠 유통, 전송사업권의 범위는 IP 기반의 온라인 동영상 서비스를 제공하는 "OTT" 매체이며,

(4) "북미"지역에서 독점적으로 유통, 전송 사업권이 부여되는 콘텐츠의 형태는 "VOD"이다.

2021년 9월 1일

"KBS":

서울특별시 영등포구 여의공원로 13

사 장    양승동  (인)

"wA":

625 S. Kingsley Dr, KBS America Bldg, 2FL
Los Angeles, CA 90005

CEO    박근희

9/10