**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Telephone: 602.262.5311

**Ryan D. Pont** (State Bar No. 033391)
Direct Dial: 602.262.5313
Direct Fax: 602.734.3769
Email: rpont@lewisroca.com

**Kyle W. Kellar** (*Pro hac vice*)
Direct Dial: 626.683.4590
Direct Fax: 626.577.8800
Email: kkellar@lewisroca.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Wavve Americas, Inc., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Tumi Max, an individual,<br><br>　　　　　　　　Defendant. | Case No. 2:23-cv-01819-MTL<br><br>**DECLARATION OF KYLE W. KELLAR IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Kyle W. Kellar, declare as follows:

1. I am a partner with the law firm of Lewis Roca Rothgerber Christie LLP. I am counsel for wavve Americas, Inc. ("Plaintiff" or "wA") in this action. I submit this declaration in support of wA's Motion for Temporary Restraining Order. I make this declaration based on my personal knowledge and could competently testify to the facts stated herein if called upon to do so.

2. The undersigned undertook an unprompted Internet search to determine the status of Defendant's KOKOA service on January 28, 2024. In response to that Internet search, various articles about Defendant's KOKOA service were discovered, each bearing a publication date in December 2023.

123660500.1

3. Attached hereto as Exhibit A is a true and correct copy of the webpage that resolves from https://whatsmind.com/2023/12/02/kokoa-tv/ as it appeared on January 29, 2024.

4. Attached hereto as Exhibit B is a true and correct copy of the webpage that resolves from https://radical.fm/kokoa-tv/ as it appeared on January 29, 2024.

5. Attached hereto as Exhibit C is a true and correct copy of the webpage that resolves from https://medium.com/@techmodena/kokoa-tv-comprehensive-guide-and-handytips-5fe49e28bd15 as it appeared on January 29, 2024.

6. Attached hereto as Exhibit D is a true and correct copy of the webpage that resolves from https://genuistechy.com/kokoatv-gateway-to-entertainment/ as it appeared on January 30, 2024.

7. Attached hereto as Exhibit E is a true and correct copy of the webpage that resolves from https://community.roku.com/t5/Channels-viewing/Is-okoatv-available-on-Roku/tdp/926427 as it appeared on January 29, 2024.

8. Attached hereto as Exhibit F is a true and correct copy of the webpage that resolves from https://www.reddit.com/r/koreanvariety/comments/18501yl/buying_korean_ott_platform_subscriptions/ as it appeared on January 30, 2024.

9. Attached hereto as Exhibit G is a true and correct copy of the webpage that resolves from https://www.similarweb.com/website/kokoatv.net/#outgoing-links as it appeared on January 30, 2024.

10.

| Program (Korean Title) | Program (English Title) | KOKOATV.NET Offering | KOCOWA® Offering | Owner |
|---|---|---|---|---|
| 넘버스: 빌딩숲의 감시자들 | Numbers | https://kokoatv.net/tv-show/%eb%84%98%eb%b2%84%ec%8a%a4-%eb%b9%8c%eb%94%a9ec%88%b2%ec%9d%98-%ea%b0%90%ec%8b%9c%ec%9e%90%eb%93%a4/ | https://www.kocowa.com/en_us/season/78717530/numbers | MBC |
| 생손게 | Mission | https://kokoatv.net/tv- | https://www.kocowa.com/ | KBS |

123660500.1

| Program (Korean Title) | Program (English Title) | KOKOATV.NET Offering | KOCOWA® Offering | Owner |
|---|---|---|---|---|
| 임코드레드 | CodeRed | [show/%ec%83%9d%ec%a1%b4%ea%b2%8c%ec%9e%84-%ec%bd%94%eb%93%9c%eb%a0%88%eb%93%9c/](#) | [en_us/season/79029549/mission-codered](#) | |
| 조선변호사 | Joseon Attorney: A Morality | [https://kokoatv.net/tv-show/%ec%a1%b0%ec%84%a0%eb%b3%80%ed%98%b8%ec%82%ac/](#) | [https://www.kocowa.com/en_us/season/74145257/joseon-attorney-a-morality](#) | MBC |
| 강심장리그 | Thumbnail Battle: The Strongest Hearts | [https://kokoatv.net/tv-show/%ea%b0%95%ec%8b%ac%ec%9e%a5-%eb%a6%ac%ea%b7%b8/](#) | [https://www.kocowa.com/en_us/season/77808304/thumbnail-battle-the-strongest-hearts](#) | SBS |
| 어쩌다 마주친, 그대 | My Perfect Stranger | [https://kokoatv.net/tv-show/%ec%96%b4%ec%a9%8c%eb%8b%a4-%eb%a7%88%ec%a3%bc%ec%b9%9c-%ea%b7%b8%eb%8c%80/](#) | [https://www.kocowa.com/en_us/season/76561204/my-perfect-stranger](#) | KBS |
| 나의 X같은 스무살 | My 20th Twenty | [https://kokoatv.net/tv-show/%eb%82%98%ec%9d%98-x%ea%b0%99%ec%9d%80-%ec%8a%a4%eb%ac%b4%ec%82%b4/](#) | [https://www.kocowa.com/en_us/season/76411757/my-20th-twenty](#) | KBS |
| 하늘의 인연 | Meant To Be | [https://kokoatv.net/tv-show/%ed%95%98%eb%8a%98%ec%9d%98-%ec%9d%b8%ec%97%b0/](#) | [https://www.kocowa.com/en_us/season/76179394/meant-to-be](#) | MBC |
| 과학수사대 스모킹건 | KCSI: Smoking Gun | [https://kokoatv.net/tv-show/%ea%b3%bc%ed%95%99%ec%88%98%ec%82%ac%eb%8c%80-%ec%8a%a4%eb%aa%a8%ed%82%b9-%ea%b1%b4/](#) | [https://www.kocowa.com/en_us/search?q=KCSI%3A%20Smoking%20Gun](#) | KBS |
| 금이야 옥이야 | Apple of My Eye | [https://kokoatv.net/tv-show/%ea%b8%88%ec%9d%b4%ec%95%bc-%ec%98%a5%ec%9d%b4%ec%95%bc/](#) | [https://www.kocowa.com/en_us/season/74047619/apple-of-my-eye](#) | KBS |
| 소년판타지-방과후 설렘 시즌2 | Fantasy Boys | [https://kokoatv.net/tv-show/%ec%86%8c%eb%85%84%ed%8c%90%ed%83%80%ec%a7%80-%eb%b0%a9%ea%b3%bc%ed%9b%84-%ec%84%a4%eb%a0%98-%ec%8b%9c%ec%a6%8c2/](#) | [https://www.kocowa.com/en_us/season/74483666/fantasy-boys](#) | MBC |

11.     Attached hereto as Exhibit H is a true and correct copy of an email from the

123660500.1

undersigned to Namecheap's legal department at legal@namecheap.com sent on September 1, 2023, attaching a letter to Namecheap, a subpoena to Namecheap, and documents filed as Dkts. 1, 11, and 12. The attachments to the email are omitted but can be provided upon request by the Court.

12. Attached hereto as Exhibit I is a true and correct copy of an email from Namecheap's legal department to the undersigned sent on September 1, 2023, confirming receipt of the email and attached that form Exhibit H to this declaration.

13. Attached hereto as Exhibit J is a true and correct copy of an email from the undersigned to Namecheap's legal department at legal@namecheap.com sent on January 29, 2024, describing wA's intent to proceed with this Motion for Entry of a Temporary Restraining Order that would bind Namecheap and attaching a copy of the [Proposed] Order that is being filed concurrently with this Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 2nd day of February, 2024, at Los Angeles, California.


/s/Kyle W. Kellar
Kyle W. Kellar

123660500.1