# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wavve Americas Incorporated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Unknown Party, et al.,<br><br>　　　　Defendants. | No. CV-23-01819-PHX-MTL<br><br>**ORDER** |

On February 6, 2024, the Court granted Plaintiff's Motion for Entry of Default Judgment Against Defendant Tumi Max (Doc. 24). (Doc. 33 as amended at Doc. 34.) The Court also entered a permanent injunction. (Doc. 35.)

Still before the Court is Plaintiff's recently filed Motion for Temporary Restraining Order With Notice (Doc. 30). This Motion may be moot now that a permanent injunction is in place.

**IT IS THEREFORE ORDERED** that, no later than Friday, February 9, 2024, Plaintiff must either file a notice withdrawing its Motion for Temporary Restraining Order (Doc. 30) or explain to the Court why the Motion should be considered.

Dated this 6th day of February, 2024.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge