**Lewis Roca Rothgerber Christie LLP**
201 East Washington Street, Suite 1200
Phoenix, AZ 85004-2595
Telephone: 602.262.5311

**Ryan D. Pont** (State Bar No. 033391)
Direct Dial: 602.262.5313
Direct Fax: 602.734.3769
Email:  rpont@lewisroca.com

**Kyle W. Kellar** (*Pro hac vice*)
Direct Dial: 626.683.4590
Direct Fax: 626.577.8800
Email:  kkellar@lewisroca.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Wavve Americas, Inc., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Tumi Max, an individual,<br><br>Defendant. | Case No. 2:23-cv-01819-MTL<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR TEMPORARY RESTRAINING ORDER** |

In light of the Court's issuance of a Permanent Injunction (Dkt. 35) against Defendant Tumi Max, Plaintiff Wavve Americas, Inc. respectfully requests and moves the Court to withdraw its Motion for Temporary Restraining Order (Dkt. 30) as moot.

Dated:  February 7, 2024

LEWIS ROCA ROTHGERBER
CHRISTIE LLP

By:  */s/Kyle W. Kellar*
         Kyle W. Kellar
*Attorneys for Plaintiff wavve Americas, Inc.*

123763471.1

-1-