# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wavve Americas Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Unknown Party, et al.,<br><br>Defendants. | No. CV-23-01819-PHX-MTL<br><br>**ORDER** |

Pursuant to Plaintiff's Notice of Withdrawal of Motion for Temporary Restraining Order (Doc. 37),

**IT IS ORDERED** that Plaintiff's Motion for Temporary Restraining Order with Notice (Doc. 30) is **denied as moot.**

Dated this 8th day of February, 2024.

Michael T. Liburdi
United States District Judge